DOUGLAS JAFFE, ESQ. Bar No. 170354
LAW OFFICES OF DOUGLAS JAFFE
501 West Broadway, Suite 800
San Diego, California 92101
(619) 400-4945

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>MOHAMAD H. TABATABAEE,<br><br>    Debtor. | Case No.: 16-02772-LT13<br><br>ENTRY OF APPEARANCE AND REQUEST FOR NOTICE |

    PLEASE TAKE NOTICE that Douglas Jaffe, 501 West Broadway, Suite 800, San Diego, California 92101, (619) 400-4945, hereby enters his appearance and requests notice of all proceedings and filings and requests to be put on the Court's service list.

Dated:  May 20, 2016

                                           LAW OFFICES OF DOUGLAS JAFFE

                                           s/Douglas Jaffe, Esq.
                                           Douglas Jaffe, Esq.
                                           501 West Broadway, Suite 800
                                           San Diego, California 92101
                                           (619) 400-4945
                                           Dougjaffelaw@gmail.com

CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to or interested in the within entitled action. My business address is 501 West Broadway, Suite 800, San Diego, California 92101.

On May 20, 2016, I served the foregoing

ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

by placing true copies in a sealed envelope, postage fully prepaid, with the United States Postal Service addressed as follows:

> Julian McMillan, Esq.
> McMillan Law Group
> 2751 Roosevelt Road, Suite 204
> San Diego, CA 92106
>
> David L. Speckman, Esq.
> 1350 Columbia Street, Suite 503
> San Diego, CA 92101
>
> David L. Skelton, Esq.
> 525 B St., Suite 1430
> San Diego, CA 92101-4507

I am readily familiar with the firm's practice of collection and processing for mailing. It is deposited with the U.S. Postal Service, postage prepaid on the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on May 20, 2016 at San Diego, California.

LAW OFFICES OF DOUGLAS JAFFE

s/Douglas Jaffe, Esq.
Douglas Jaffe, Esq.
501 West Broadway, Suite 800
San Diego, California 92101
(619) 400-4945
Dougjaffelaw@gmail.com